# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



VIEQUES CONSERVATION, ET AL

VS.

DALEY, ET AL

CIVIL NO. 98-2017 (JAF)

RECEIVED & FILED
99 OCT 27 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 10/06/99   DOCKET #: 5   TITLE: UNOPPOSED MOTION by Vieques Conservation, Carlos Ventura to Consolidate Case w/CV 97-2095(PG)

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted subject to Judge Perez-Gimenez approval.*

DATE 10/27/99

JOSE A. FUSTE
U.S. DISTRICT JUDGE