# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



VIEQUES CONSERVATION, ET AL

VS.

DALEY, ET AL

CIVIL NO. 98-2017 (JAF)

RECEIVED & FILED
99 OCT 27 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

DATE FILED: 10/12/99   DOCKET #: 6   TITLE: STIPULATION FOR COURT APPROVAL EXTENDING THE TIME FOR BRIEFING

[x] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** _Granted_

10/27/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE