UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., ET AL.,

    Plaintiffs

v.      Civ. No. 97-2905 (PG)
    98-2017 (PG)

CUOMO, ET AL.,

    Defendants

## ORDER

On October 9, 1999, Plaintiffs Vieques Conservation and Historical Trust, Inc. and Carlos Ventura filed an unopposed motion to consolidate Civ. No. 98-2017 (JAF) with Civ. No. 97-2905 (PG). (Dkt. 5) On October 27, 1999, Judge José A. Fusté granted Plaintiffs' motion, subject to my approval. (Dkt. 7) After familiarizing myself with both cases and ensuring that sufficient similarity exists between both parties and issues, I assent to the Judge Fusté's grant and direct the clerk to consolidate the above mentioned cases.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May _16_, 2000.

                                                JUAN M. PEREZ-GIMENEZ
                                                U.S. District Judge

AO 72A
(Rev.8/82)