UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION, ET AL

   Plaintiff(s)

v.

DALEY, ET AL

   Defendant(s)

CIVIL NUMBER: 97-2905 (JAG)
98-2017 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/15/99<br>**Title:** Motion for Leave to File Brief Amicus Curiae (by National Wildlife)<br>**Docket(s):** 11<br>[ ] Plff(s)  [ ] Dft(s)  [ ] Other | The Court transfers this motion to Civ. No. 97-2905 and same is hereby **GRANTED** as requested. |

Date: November 21, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge