IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

    v.

ANDREW CUOMO, et al.

    Defendants

CIVIL NO. 97-2905 (JAG)
            98-2017 (JAG)

## ORDER

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9-12-02<br>**Title:** Joint Motion of Plaintiffs and Municipal Defendant for Entry of Settlement Agreement.<br>**Docket:** 68<br>[X] Plffs  [X] Defs  [ ] Other | **GRANTED.** The Court takes notice of the settlement agreement between plaintiffs and the municipal defendant (Docket No. 69) and approves the same. The plaintiff shall have fourteen (14) days as of the entry of this order to file an appropriate motion requesting attorney's fees. The municipal defendant, in turn, shall file any objections to plaintiff's request no later than (40) days form the entry of this order. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11-18-99<br>**Title:** By plaintiff Ventura for partial summary judgment.<br>**Docket:** 12-1 (in consolidated case 98-2017)<br>[X] Plffs  [] Defs  [ ] Other | **DENIED without prejudice.** |



2

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2-07-00<br>**Title:** By defendant Babbitt for summary judgment<br>**Docket:** 16-1 (in consolidated case 98-2017)<br>[ ] Plffs  [X] Defs  [ ] Other | **DENIED without prejudice.** |

Date:   September 23, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge