IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VIEQUES CONSERVATION AND
HISTORICAL TRUST, INC., et al

    Plaintiffs

v.

    CIVIL NO. 97-2905 (JAG)
    98-2017 (JAG)

ANDREW CUOMO, et al.

    Defendants

---

### JUDGMENT

Pursuant to the Order entered today approving the settlement agreement between plaintiffs and the federal defendants, and the Order entered on September 24, 2002, approving the settlement agreement between plaintiffs and the municipal defendant (Docket No. 70), the Court hereby enters judgment **dismissing** the case **with prejudice** as to both the municipal and the federal defendants.

This case is now closed for statistical purposes.

A ruling on the unopposed motion for attorney fees and costs filed by plaintiffs (Docket No. 71) is forthcoming.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 6th day of March, 2003.

JAY A. GARCIA-GREGORY
United States District Judge


